United States District Court
Southern District of Texas
**ENTERED**
February 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OLLIE THOMPSON., | § |
| | § |
| *Plaintiff,* | § |
| VS. | § CIVIL ACTION NO. 4:21-cv-03130 |
| | § |
| CAPITAL LINK MANAGEMENT, LLC, | § |
| | § |
| *Defendant.* | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff Ollie Thompson's Motion for Attorney's Fees and Costs. ECF No. 34. The Motion was referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. ECF No. 35. On January 31, 2024, Judge Palermo issued a Report and Recommendation, finding that Plaintiff is entitled to full reimbursement of her costs and reduced reimbursement of her attorney's fees. ECF No. 36. The deadline for filing objections passed on February 14, 2024, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion for Attorney's Fees and Costs is **GRANTED**. Defendant is ordered to pay Plaintiff's reasonable attorney's fees in the amount of $10,117.50 and costs in the amount of $402.00, for a total amount of $10,519.50.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 16th of February, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE